IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

Charles T. Hall #159264 )        2006 JUN 14 A 9:41
Full name and prison number )
of plaintiff(s) )
 )
V. )        CIVIL ACTION NO. 2:06cv527-WHA
 )        (To be supplied by the clerk
Jean Hartzog )        of U.S. District Court)
 )
Erkie Hartzog )
 )
_____ )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal
        court dealing with the same or similar facts involved
        in this action?  YES( )  NO(X)

    B.  Have you begun other lawsuits in state or federal
        court relating to your imprisonment?  YES( )  NO(X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____N/A_____

4

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition(for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Donalson Correctional Facility - 100 Warrior Ln. - Bessemer, AL. 35023_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Barbour Co. Jail - Clayton Alabama_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                         ADDRESS
1. _Jean Hartzog_ — _Barbour County Courthouse Clayton, Al. - 36016_
2. _Erble Hartzog_ — _Baxter Station Rd. County Hwy. 22 Clio, AL. 36017_
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
_April 1st, 2004_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _"See Attached"_

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

"SEE ATTACHED"

GROUND TWO: "SEE ATTACHED"

SUPPORTING FACTS: "SEE ATTACHED"

GROUND THREE: "SEE ATTACHED"

SUPPORTING FACTS: "SEE ATTACHED"

"ATTACHMENT"

IV.        APRIL 1st, 2004

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Plaintiff is being denied his Right to A Due Process Hearing. Thus being deprived of a Liberty Interest.

Plaintiff, was asked to provide a urine sample by Officer Larry Morris, who was a Jailer at the Barbour County Jail. Plaintiff was incarcerate there and assigned to the Work Release Program. Plaintiff, also was a State Prisoner doing 20 year Sentence. This Sample was provided on or about April 1st, 2004, at approx. 10:50 PM., when the Plaintiff was Returned to the Jail after work. Plaintiff was told on April 2nd, 2004 by Orlando Lassitter (Jail) (Administrative Trusted) that the Plaintiff's

Pg. #1.

"ATTACHMENT"

Urine tested by Jean Hartzog was positive for Cocaine & Amphedimines. "See Petitioner's Appendix of Exhibits (P.A.E)" Exhibit C 1-4; Exhibit F & G; Exhibit E-1-7. Jean Hartzog was working as Jail Administrator during the time of the incident.

Ground Two: Plaintiff was made to perform labor on Jean & Ergle personal properties and equipment without compensation from approximately September 1999 – November 2003. On many occassions Plaintiff was taken from the Jail by George Parham (Asst. Jail Administrator). Jean Hartzog would take the Plaintiff to her property or where she wanted him to work on other occasions. Please see the following Exhibits. "Exhibit B 1-4" Defendants Jean Hartzog, and Ergle Hartzog worked the Plaintiff for a total of 197 Hours without any payment. There was one check issued to the plaintiff, when the Plaintiff

Pg. #2.

"<u>ATTACHMENT</u>"

PRUNED DEFENDANT JEAN HARTZOG'S SISTER ORCHARD, A CHECK FOR $60.00 WAS GIVEN TO THE PLAINTIFF.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff would like to be compensated for loss wages due to the denial of a Due Process. The Liberty Interest is amounted to $90,000.00. Plaintiff would likewise like to be compensated in the amount of $1,014.55 for work done on Jean and Ergie Hartzog's property which was obtained by slave labor. For a total of $91,014.55

X *(signature)*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on    6/11/06
(Date)

*(signature)*
Signature of plaintiff(s)