2006 JUN 15 PM 4: 32

PETITIONER'S

APPENDIX

OF

EXHIBITS

# Contents:

| Descriptions | Exhibits |
|---|---|
| Grievance Dated 12-02-04 | A.(1-3) |
| Letter to Sheriff Dated 02-17-05 | B.(1-8) |
| Complaint Dated 03-08-05 | C.(1-6) |
| W-2 Form "2004" | D |
| Missing Work Hours | E.(1-7) |
| Affidavit/Marilynn Ginger Wright | F. |
| Affidavit/Michael Alan Moss | G. |
| Time Sheet/Marilynn Ginger Wright | H. |
| Certified Return Receipt | I. |

BARBOUR County Jail
P.O. BOX 278
BARBOUR County
CLAYTON, Alabama

GRIEVANCE Complaint

Supporting Facts:

I Charles T. Hall, a State inmate serving a 30 year sentence was housed at this Jail to serve said sentence with the agreement from both the County Sheriff and the Court. My First job was a cook's job. The Sheriff and the jail Administrator, Jean Hartzog, gave me that job. However, after working that job for 2 1/2 years, I was granted WORK Re-lease status, where I would go outside the jail and work. And when I wasn't working on my paying job, Mrs. Jean Hartzog would order me and other inmates to do work at her house. I was asked on several occasions to sell my car, by Mrs. Jean Hartzog, to her Grand son. Each time I told her no. On one occasion I was asked by Mrs. Hartzog to allow her Grandson to drive my car two months and he would make the payments for those two months, but I would have to keep the Insurance in my name. I told Mrs. Hartzog no again. And when I told her no again, Mrs. Hartzog said, well you let that BLACK woman drive your car.

# GRIEVANCE Complaint;

EXH: A(a)

I was given A drug test on MARCH 22nd OF 2004 which I tested positive FOR MARijuANA which I was taken OFF of HALF WAY House status. The Judge And the sheriff both AgReed FoR me to be put back on the County woRK Re-leAse pRogRAm. ON the 1st of ApRil 2004, AT OR ARound 11:00 p.m. when I ReTuRNed FRom woRK, I was ordered to give another uRine sample. My uRine sample was not sealed, just the Lid was placed on it And it did not have my name on the ContAiNeR, And my uRine sample was placed on the couNTeR next to ANother Inmates', "TERRY PARSER", uRine sample. OuR sAmples sAT on that couNTeR until the next day.

On the 2nd day of ApRil, 2004, At OR ARound 10:30 A.M. I was told by ORlando LAssiteR that I tested positive FOR CocAine And Amphedimines. I said that there was no way that could be possible and that I wanted to see MRs. HARTZog And I wanted to go take A blood serium test and that I would pAy FoR the test Right then. MRs. HARTZog said she didn't wANT to see me And I couldn't go take the blood serium test. I was therefore taken off woRK Re-leAse And Locked down in the County jail On ApRil 6th 2004 I was cAlled to MRs. HARTZogs' office And Asked AgAin to sell Her my cAR. I told Her no AgAin. On ApRil 15th OF 2004 I was cAlled

back to MRS. HARTZOGS' OFFICE and ask if I would sell my car now, since I didn't have a job. MRS. HARTZOG said that I maybe Locked down for a very Long time.

## Summary of Complaint:

I feel that MRS. Jean Hartzog, as Jail Administrato used Her office to personally get even with me for not selling Her Grandson my car. And in the process my due process Rights were violated; One, was when the second drug test was done within 30 days of the first drug test; Two, After alledgedly testing positive the second time, MRS. Jean Hartzog failed to follow orders of the court and allow me to pay for a blood serum test. Three, And MRS. Jean personally called Judge Smithart and had me sent back to prison because I sold my car to some one other than Her.

Wherefore, I'm Requesting to be placed back on Barbour County work Re-lease program and back on the same job.

EXH: A(3)

Done This 2nd Day of December, 2004

Respectfully,
Charlie T. Hall #159264
100 WARRIOR Lane H-74
Bessemer. AL.

Charles T. Hall # 159264
100 Warrior Lane - H-94
Bessemer, AL. 35023-7299
FEB. 17th, 2004 (Correction 2005) CH

Sheriff, Marshall Williams Jr.
County Courthouse
Clayton, AL. 36016

Sheriff,

I am writing you this — letter in regards to the complaint that I am filing with your office. It is not my ~~Intention~~ Intention to seek monetary reward, or anything like that. All I want is for you to investigate & consider the facts surrounding this matter, so that the proper determination can be made as it relates to me, and my present situation or status. Sheriff, I know that you are a fair person, and you will make the proper determination in this matter.

It has taking me some time to realize just happen to me regarding this bogus urine test. I am trully innocent in this matter. I did not use any cocaine or amphedimines, and my urine sample could not of contained those substances.

Page # 1 of 8

EXHIB.(1)

SHERIFF, I HAVE Thought ABOUT AND PRAYED ABOUT this BEFORE SAYING the thing that I AM ABOUT to SAY to YOU iN this LETTER. THERE is NO OTHER WAY that YOU WiLL REALIZE the depth OF this DiLEMMA. PLEASE INdulge ME bECAUSE this MAY bE SOME WHAT LONG, AS THE TRUTH ALWAYS is.

SHERIFF, the CORE this MATTER is CENTERED ON MS. JEAN HARTZOG. NOW LET ME ExplAiN:
SiNCE 1999 I WORKEd FOR MS. JEAN iN CAPACITIES THAT WERE NOT ETHICAL FROM 1999-2003 (PlEASE SEE the FollowING):

(1) WENT to her SiSTER'S PROPERTY Close to the dale COUNTY liNE AND PRUNEd hER ORCHARD

(2) PUT UP A HAGWIRE FENCE APPROX. ONE (1) MiLE LONG OFFOF BAXLEY STATION ROAd.

(3) PUT A ROOF ON HER LiTTLE BARN SHEd.

(4) ORLANdO LASSiTER ANd I BUild A REMOVABLE ROOF OVER HER PUMP SHEd.

(5) ERGIE HARTZOG ANd I CHANGEd A BATHROOM iNTO A STUdy

(6) ORLANdO LASSiTER ANd I PUT INSULATION iN A Add ON ROOM, ANd PUT dowN LiNOLEUM FLOOR

(7) I REPLACEd FACE BOARds AROUNd hER HOUSE

PAGE # 2 OF 8

EXH. B. (2)

(8). Ergie and I wormed the goats

(9). Orlando and I cut down dead trees and removed them from her yard.

(10) Orlando and I rewired water pump and ran underground wiring to the house.

(11). I repaired a Ford tractor for Ms. Jean.

(12) Orlando and I partially painted Ms. Jean's house

(13) I cut grass and raked leaves on Ms. Jean's Property twice. Orlando did it all the other times

(14) Daniel Hall, and I picked peas at Ms. Jean's house.

(15). Ms. Jean had me service her son's (Ken) Semi-Truck (changed oil, oil filter, Fuel Filter, & a grease Job). With the help of Andre Ware

I was never paid for the afore-mentioned tasks that Ms. Jean had me do, but tried to continue to do them, because I was full aware that she was in control of my destiny. As I started working more hours on my paying job, I did not have the time to do all that Ms. Jean wanted me to, but I did what I could for her. It was obvious to me that Ms. Jean was vexed with me. In May or June of 2003. Ms. Jean, tried to sell me a thirty (30) year old trailer for $6,000 dollars. When I

PAGE # 3 OF 8

Exh. B (3)

REFUSED to buy it, she got out Right Mad with me.

July of 2003, I Purchased a 1998 Jaguar XJ8L. On March 22nd, 2004, Ms. Jean Approached me about Selling My Jaguar she said "I got someone who want's to buy your Car". I told Ms. Jean that My Car is not for Sale

On March 24th, 2004, Ms Jean Called me to her Office and said "I got someone else who wants to buy your Car, it is My Grandson". I again told Ms. Jean that I did not want to sell My Car, because I Could Make the Payment from My Work release Job, and keep the Insurance up.

On April 6th, 2004, Ms. Jean Called me to her Office, and Informed me once again that her Grandson wanted to buy My Car. She said "I don't know how long you will be locked down, It Could be a long Time". I told her that if I have to, I would let My Son or My Brother Pick up My Car and make the Payments on it. Ms Jean got Mad and told me OK, Just go back to your EEH.

On or About April 13th, 2004, Ms. Jean Called me back to her Office. She asked me to Sell her My Furniture, and she told me

EXH: B(4)

that she would give me two (2) or three (3) hundred dollars for it. I told Ms. Jean that my furniture cost me $2,500 dollars and I could not sell it for the price she offering. She also asked me would it be okay if her grandson test drive my car, so I reluantly said yes. they were gone about twenty (20) minutes. I finally agreed to sell her my car for $16,142 dollars which was only the payoff. I was tired tired of Ms. Jean's constant pressure concerning my property, and it was obvious that she was going to have her way regardless of what I wanted.

On April 24th, 2004, Orlando came and told me that Scottie Dryfuss and his girlfriend had brought a check to purchase my car, and that Ms. Jean had turned them away, by saying that he don't want to sell it for that price.

On April 26th, 2004 Scottie came to see me and I told him that I would sell the car for the payoff which was $16,142 dollars. I explained to him that the payment on the car was due by May 1st, 2004.

Page # 5 of 8

EXH: B(5)

ON APRIL 27th, 2004, MS JEAN CALLED ME to HER OFFICE, and told me that she was going to BARROW the MONEY FROM JIMMY GREEN, WHEN HE got BACK FROM his CRUISE, WhiCh WAS going to be ON MAY 2nd, 2004. I told MS JEAN that she KNEW that MY PAYMENT WAS due MAY 1st, 2004, And that I WAS going to SELL the CAR to WhoEVER CAME UP WITH the MONEY FIRST.

ON APRIL 28th, 2004, SCOTTIE CAME And Check ME out OF the JAIL And took ME to LOUISVILLE FARMERS EXCHANGE to FINALIZE the the SALE OF MY CAR And to get A bill OF SALE signED.

ON OR About MAY 4th, 2004 MS. JEAN, SENT FOR ME to COME to HER OFFICE. MS. JEAN ASKED ME iF I had decided A PRICE FOR MY FURNITURE. AT the this POINT I WAS TIRED OF MS JEAN'S HARRASSMENT, SO I told HER that I Would SELL HER the FURNITURE $ 500.00 Dollars. We AgREED. I told HER that I Would SEND HER A bill OF SALE by ORLANDO. ON MAY 22nd, 2004 I WAS PAID the $ 500.00 FOR MY FURNITURE.

PAGE # 6 OF 8

Ex H: B(6)

Sheriff, Ms. Jean is not what you think she is. From 1999-2004 each month Ms. Jean goes to purchase food for jail when she get back. She would tell me what to take in the jail, and what to leave in her car. She told me that she was going to write a check the next day to the food account, for the food she had me leave in her car. This food came from Sam's whole sale. It would always be approximately $70.00 dollar worth of food. The food would be in bulk. Right after she dropped off the food to the jail she would lease. I would never see her again to the next day.

Sheriff, I know that these things mentioned above is still happening, and you can check them out for yourself. You have always been fair with me, and I would not lie to you about anything, nor would I lie on Ms. Jean. She purposely arrange for me to be taken off work-release and sent to Prison. All because I did not adhere to Ms. Jean's personal wishes. There was no cocaine or amphetimes in my urine. All

PAGE # 7 OF 8                    EXH: B(7)

OF THIS WAS done to me by A ~~bitch~~ Vindictive PERSON (MS. JEAN) BECAUSE I Would NOT buy A 30 YEAR old TRAILER AMONG OTHER things EXPLAINED in this LETTER.

SHERIFF, WE both KNOW that this WRONG that has BEEN done to me CAN be CORRECTED, AND I CAN be RETURNED to the STATUS that I WAS IN beFORE APRIL 1$\underline{ST}$, 2004. This All that I AM ASKING FOR.

I have decided to send this letter to you beFORE A FORMAL COMPLAINT, becAuse this WAS it CAN be RESOLVED QUIETLY.

I AM IN POSSESSION OF NOTARIZED AFFIDAVITS that Will CONFIRM that the URINE SAMPLES WAS NOT properly MARKED OR IDENTIFIED beFORE TESTING, (THE SAMPLE OF INMATE TERRY LYNN PURSER, AND MINE).

Your COOPERATION AND CONSIDERATION will be GREATLY APPRECIATED. PLEASE LET ME here FROM you Within TEN (10) DAYS OF YOUR RECEIPT OF THIS LETTER

RESPECTFULLY SUBMITTED,

Charles T. Hall

CHARLES T. Hall #159264

CC: FILE (2)

PAGE # 8 OF 8

EXH: B(8)

AFFIDAVIT / COMPLAINT / STATEMENT OF FACTS

STATE OF ALABAMA :

COUNTY OF JEFFERSON :

    I Charles T. Hall AIS # 159264, AM OVER
the legal Age OF TWENTY - ONE (21) YEARS OLD, OF
Sound Mind AND CAPABLE OF bringing FORTH this
AFFIANT. This AFFIDAVIT / complaint / STATEMENT
OF FACTS is true to the best OF my Knowledge
AND BELIEF.

    HERE in AFTER, Charles T. Hall AIS # 159264,
Will be Known AS the AFFIANT.

(1). ON OR ABOUT APRIL 1ST, 2004 AFFIANT WAS GIVEN
A URINE TEST. A SAMPLE WAS Collected FROM AFFIANT
AT APPROX. 10:50 PM. The CONTAINER WAS NOT SEALED
NOR WAS it labeled. AFFIANT'S SAMPLE WAS PLACED
ON the dispatched COUNTER, WITH ANOTHER WHAT
APPEARED to be URINE SAMPLE. LATER AFFIANT
FOUND THAT OTHER URINE SAMPLE belong to INMATE,
TERRY LYNN PURSER. This SAMPLE WAS Collected
by OFFICER, LARRY MORRIS. Those SAMPLES SAT

PAGE # 1 OF 6

EXH: C (1)

ON the dispath COUNTER UNTil the Following MORNing.

(2) ON OR about APRil 2nd, 2004, AT APPROximately 10:30 AM. AFFiANT was Told by INmAte ~~Glot~~ ORlANdo LAssiTER (Jail AdmiNisTRATive TRUsTEE) that the AFFiANT TEsTed Positive FoR CoCaiNE & AmphediminEs. AFFiANT, AT THAT POINT Told TRUsTEE, ORlaNdo LassiTER thAt hE (AFFiANT) WANTed to SEE Ms. JEAN HARTzoq who is the Jail AdmiNisTRATor About TAKing A Blood SERium TEST, AT the AFFiANT's OWN ExpENsE, to pROvE his INNocEnse. TRUsTEE, LassiTER wENT to INFORm Ms. HARTzoq OF my REQuEST FoR to SEE hER CoNcERNING A INdepENdENT TEST. TRUsTEE, LassiTER RETuRNed Approx. TWENTy (20) miNUTEs LATER ANd Told the AFFiANT thAT Ms. HARTzoq Said "I doN'T WANT to SEE him, ANd hE is NOT goiNg to haVE A blood SERium TEST, ANd HE is to be LockEd up" APPROX. 15 miNUTEs AFTER TRUsTEE ~~ORlaNdo LassiTER~~ LEFT, OFFicER, DERRick RogERs CAME ANd Told thE AFFiANT to pAck his STUFF bECAusE hE (AFFiANT) is goiNg to be movEd to I-Block. AT thAT POINT AFFiANT WAS TAKEN

PAgE # 2 OF 6                              EXH: C (2)

OFF OF WORK RELEASE, AND LOCKED down in I-Block.

(3). ON OR About APril 2nd 2004, INMATE TERRY Lynn PURSER, WAS checked out to WORK, AT APPROX. 5:30 A.M. PRIOR to OUR URINE SAMPLES being TESTED. INMATE PURSER did NOT RETURN TO the JAIL AS SCHEduled. INMATE PURSER ESCAPEd. NEITHER URINE SAMPLES (AFFIANT's & PURSER's) WAS PROPERLY SEALED NOR WAS they LAbELED PROPERLY WITH OUR NAMES OR AIS NUMBERS. AFFIANT CONTENds that the URINE that WAS TESTED AND WAS FOUND to bE POSITIVE FOR COCAINE & AMPHEdMINES WAS NOT & is NOT his. AFFIANT WAS dENIEd the OPPORTUNITY to VINDICATE himSELF When Ms. JEAN HARTZOG REFUSEd to ALLOW the AFFIANT to HAVE HAVE A BLOOd SERIUM TEST, WITHIN the PROPER TIME FRAME. AT the AFFIANT'S OWN EXPENSE.

(4). AFFIANT WAS NEVER GIVEN ANY type of "due PROCESS hEARING", AND HE SUFFEREd the LOSS OF A "Liberty INTEREST", Which WAS A PAYING Job AT; "EQuITY GROUP - EUFAULA Division"

PAGE # 3 OF 6

EXH: C (3)

Which is a subsidary of Keystone, Affiant
was making gross $750.00 - $900.00 dollars
per week, while on county work release,
and Halfway House. A due process hearing
was never held in the matter of the affiant's
alleged positive urine test for cocaine &
Amphedmines.

(5). Affiant, has recently acquired sworn affidavits
attesting to the facts that (1) Inmate Terry
Lynn Purser's urine sample on April 1st, 2004
was not properly identified, and placed on the
dispatch counter in a plain specimen cup with
a lid. (2) That Inmate Terry Lynn Purser
was known to be in possession of Meth-
Amphedmines, and cocaine, also that he
escaped the following morning, before the
samples (His and the Affiant's) could be
checked, for drug use.

(6). Affiant, claims that the following named
witness can attest in part of the aformention
allegations in this affidavit, & the letter
dated Feb. 17th 2005, addressed to Sheriff,
Marshall Williams Jr, by the affiant:

Page # 4 of 6                    EXH: C (4)

(A). INMATE, ORLANDO KASSITER

(B). INMATE, MICHAEL ALAN MOSS

(C). INMATE, DANIEL HALL

(D). 911 OPERATOR, LINDA DAY

(E). DISPATCHER, DEBRA ROBERTS

(F). 911 OPERATOR/DISPATCHER, NANETTE SHAWN COMER

(G). JAILER/DISPATCHER/E-911 OPERATOR, MARILYNN GINGER WRIGHT

(H). OFFICER, DERRICK RODGERS

(I). OFFICER, LARRY MORRIS

(J). INMATE, ANDRE' WARE

(K). DEPUTY, SCOTTIE DRYFUSS

(L). MR. REB BLUDSWORTH

(M). Jail ADMINISTRATOR, JEAN HARTZOG.

(N). INMATE, TERRY LYNN PURSER - LIMESTONE CORR. FAC.

AFFIANT, has provided ALL OF THE INFORMATION
the he is AWARE OF, that is CONTAINED, in the
AFFIDAVIT, AND the LETTER OF Feb. 17th, 2005,
properly addressed to SHERIFF, MARSHALL WILLIAMS
JR. IT has TAKEN the AFFIANT CONSIDERABLE
time AND EXPENSE to gather this INFORMATION,
SO that he CAN PROPERLY REPRESENT HIMSELF in
this MATTER.


FURTHER THE AFFIANT SAYS NOT.

x _Charles T. Hall_
Charles T. Hall #159264
100 Warrior Lane — H-94
Bessemer, AL. 35023-7299

## Statement of Notary Service

I, the under-signed, a Notary Public in and For said County, in said State, appears before me Charles T. Hall #159264, who is known by me, and executes this Affidavit/Complaint/Statement of Facts.

Given under my hand and official seal this the 21st Day of Feb 2005.

Notary Public : _____
My Commission Expires : Oct 2008

Certified #
7004 2510 0004 9349 0273

Page # 6 of 6

Exh: C (6)

| Medicare wages | 2115.43 | | | | 131.16 | |
|---|---|---|---|---|---|---|
| | 2115.43 | 6 Medicare tax withheld | | | | |
| Control Number | Dept. | Corp. | | | 30.67 | |
| 7664 15/B&E | 6VA | T | Employer use only | | | 820 |

Employer's name, address, and ZIP code

**EQUITY GROUP EUFAULA
DIVISION LLC
57 MELVIN CLARK RD
BAKERHILL AL 36027**

Batch #00416

| Employer's FED ID number | d Employee's SSA number |
|---|---|
| 05-0596460 | 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 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12a See instructions for box 12 |
| Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp.  Ret. plan  3rd party sick pay |

Employee's name, address and ZIP code

CHARLES T. HALL
O BOX 278
LAYTON,AL 36016

| State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AL | 421008 | 2115.43 |
| State income tax | | 18 Local wages, tips, etc. |
| | 76.95 | |
| Local income tax | | 20 Locality name |

e, accurate.
TI Use  **e • file**  Visit the IRS Web Site at www.irs.gov.
Employee's Reference Copy

**W-2** Wage and Tax Statement **2004**
OMB No. 1545-0008
y C for employee's records

---

The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 2162.74 | Social Security Tax Withheld Box 4 of W-2 | 131.16 | AL. State Income Tax Box 17 of W-2 | 76.9 |
| | | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 208.83 | Medicare Tax Withheld Box 6 of W-2 | 30.67 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AL. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | | | | |
| Less Other Cafe 125 | 47.31 | 47.31 | 47.31 | 47.31 |
| Reported W-2 Wages | 2,162.74 | 2,162.74 | 2,162.74 | 2,162.74 |
| | 2,115.43 | 2,115.43 | 2,115.43 | 2,115.43 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dep

CHARLES T. HALL
P O BOX 278
CLAYTON, AL 36016

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 2
STATE:        $21 Yearly Exemption

© 2004 AUTOMATIC DATA PROCESSING, INC

---- Fold and Detach Here ----

---

| Wages, tips, other comp. | 2115.43 | 2 Federal income tax withheld | 208.83 |
|---|---|---|---|
| Social security wages | 2115.43 | 4 Social security tax withheld | 131.16 |
| Medicare wages and tips | 2115.43 | 6 Medicare tax withheld | 30.67 |
| Control Number | Dept. | Corp. | Employer use only |
| 7664 15/B&E | 6VA | T | 820 |

Employer's name, address, and ZIP code

**EQUITY GROUP EUFAULA
DIVISION LLC
57 MELVIN CLARK RD
BAKERHILL AL 36027**

| Employer's FED ID number | d Employee's SSA number |
|---|---|
| 05-0596460 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp.  Ret. plan  3rd party sick pay |

Employee's name, address and ZIP code

CHARLES T. HALL
O BOX 278
LAYTON,AL 36016

| State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AL | 421008 | 2115.43 |
| State income tax | | 18 Local wages, tips, etc. |
| | 76.95 | |
| Local income tax | | 20 Locality name |

**W-2** Federal Filing Copy Wage and Tax Statement **2004**
OMB No. 1545-0008
y B to be filed with employee's Federal Income Tax Return

---

| 1 Wages, tips, other comp. | 2115.43 | 2 Federal income tax withheld | 208.83 |
|---|---|---|---|
| 3 Social security wages | 2115.43 | 4 Social security tax withheld | 131.16 |
| 5 Medicare wages and tips | 2115.43 | 6 Medicare tax withheld | 30.67 |
| a Control Number | Dept. | Corp. | Employer use only |
| 007664 15/B&E | 6VA | T | 820 |

c Employer's name, address, and ZIP code

**EQUITY GROUP EUFAULA
DIVISION LLC
57 MELVIN CLARK RD
BAKERHILL AL 36027**

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 05-0596460 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp.  Ret. plan  3rd party sick pay |

e/f Employee's name, address and ZIP code

CHARLES T. HALL
P O BOX 278
CLAYTON,AL 36016

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AL | 421008 | 2115.43 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| | 76.95 | |
| 19 Local income tax | | 20 Locality name |

**W-2** AL State Reference Copy Wage and Tax Statement **2004**
Copy 2 to be filed with employee's
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. | 2115.43 | 2 Federal income tax withheld | 208.8 |
|---|---|---|---|
| 3 Social security wages | 2115.43 | 4 Social security tax withheld | 131.1 |
| 5 Medicare wages and tips | 2115.43 | 6 Medicare tax withheld | 30.6 |
| a Control Number | Dept. | Corp. | Employer use only |
| 007664 15/B&E | 6VA | T | 820 |

c Employer's name, address, and ZIP code

**EQUITY GROUP EUFAULA
DIVISION LLC
57 MELVIN CLARK RD
BAKERHILL AL 36027**

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 05-0596460 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp.  Ret. plan  3rd party sick |

e/f Employee's name, address and ZIP code

CHARLES T. HALL
P O BOX 278
CLAYTON,AL 36016

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AL | 421008 | 2115.4 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| | 76.95 | |
| 19 Local income tax | | 20 Locality name |

**W-2** AL State Filing Wage and Tax Statement

EXH: D

Use the browser's Print command to print this page

**Time Period:** Range of Dates
**Dates:** 4/01/2004 - 4/01/2005

**Printed:** 4/14/2005

**Name:**          **ID:**
**Home Account:** B&E/6000/6200/62A/2ND/6220/9999    **Pay Rule:** MAINTENANCE, MIN-MIN SCH- RD 2nd 2/27/2004 - 9/02/2004
B&E/6000/6200/6VA/2ND/6220/9999 9/02/2004 - 1/05/2005
B&E/6000/6200/6VA/1ST/6220/9999 1/05/2005 - 1/07/2005
B&E/6000/6200/6VA/2ND/6220/9999 1/07/2005 - No End

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|------|----------------|----------------|------------------|---------|
| Thu 4/01 | | 1:20PM | US | 10:09PM | | | | | | |
| Fri 4/02 | | | | | | | | 8.32 | 8.32 | |
| Sat 4/03 | | | | | | | | | 8.32 | |
| Sun 4/04 | | 6:50AM | US | 5:38PM | LE | | | | | |
| Mon 4/05 | | 6:04AM | US | 10:00PM | LE | | | 10.30 | 18.62 | |
| Tue 4/06 | | 1:20PM | US | 10:13PM | | | | 15.43 | 34.05 | |
| Wed 4/07 | | 1:20PM | US | 10:09PM | | | | 8.38 | 42.43 | |
| Thu 4/08 | | 1:20PM | US | 10:00PM | | | | 8.32 | 50.75 | |
| Fri 4/09 | | 1:20PM | US | 10:01PM | | | | 8.17 | 58.92 | |
| Sat 4/10 | | | | | | | | 8.18 | 67.10 | |
| Sun 4/11 | | 6:53AM | US | 5:00PM | | | | | 67.10 | |
| Mon 4/12 | | 1:25PM | US | 10:10PM | | | | 9.62 | 76.72 | |
| Tue 4/13 | | 1:20PM | US | 10:26PM | | | | 8.25 | 84.97 | |
| Wed 4/14 | | 1:20PM | US | 10:01PM | | | | 8.60 | 93.57 | |
| Thu 4/15 | | 1:20PM | US | 10:06PM | | | | 8.18 | 101.75 | |
| Fri 4/16 | | 1:20PM | US | 10:00PM | | | | 8.27 | 110.02 | |
| Fri 4/16 | | 6:50AM | US | 8:43AM | | | | 8.17 | 118.18 | |
| Sat 4/17 | | 10:21AM | | 8:37PM | LE | | | | | |
| Sun 4/18 | | 5:50AM | US | 6:03PM | LE | | | 12.15 | 130.33 | |
| Mon 4/19 | | 5:50AM | US | 10:00PM | LE | | | 11.72 | 142.05 | |
| Tue 4/20 | | 5:55AM | US | 10:02PM | LE | | | 15.67 | 157.72 | |
| Wed 4/21 | | 1:20PM | US | 10:32PM | | | | 15.62 | 173.33 | |
| Thu 4/22 | | 1:20PM | US | 10:10PM | | | | 8.70 | 182.03 | |
| Fri 4/23 | | 1:21PM | US | 10:00PM | | | | 8.33 | 190.37 | |
| Sat 4/24 | | 6:50AM | US | 3:45PM | | | | 8.15 | 198.52 | |
| Sun 4/25 | | 5:55AM | US | 3:45PM | | | | 8.42 | 206.93 | |
| Mon 4/26 | | 6:51AM | US | 9:45PM | LE | | | 9.33 | 216.27 | |
| Tue 4/27 | | 6:51AM | US | 10:00PM | LE | | | 14.40 | 230.67 | |
| Wed 4/28 | | 1:20PM | US | 10:02PM | | | | 14.65 | 245.32 | |
| Thu 4/29 | | 1:20PM | US | 10:00PM | | | | 8.20 | 253.52 | |
| Fri 4/30 | | 1:20PM | US | 10:00PM | | | | 8.17 | 261.68 | |
| Sat 5/01 | | | | | | | | 8.17 | 269.85 | |
| Sun 5/02 | | 5:51AM | US | 5:28PM | LE | | | | 269.85 | |
| Mon 5/03 | | 6:50AM | US | 9:50PM | LE | | | 11.12 | 280.97 | |
| Tue 5/04 | | 1:20PM | US | 10:00PM | | | | 14.50 | 295.47 | |
| Wed 5/05 | | 1:20PM | US | 10:08PM | | | | 8.17 | 303.63 | |
| Thu 5/06 | | 1:42PM | US | 10:20PM | | | | 8.30 | 311.93 | |
| Fri 5/07 | | 1:20PM | US | 10:00PM | | | | 8.13 | 320.07 | |
| Sat 5/08 | | | | | | | | 8.17 | 328.23 | |
| Sun 5/09 | | 6:51AM | US | 4:30PM | | | | | 328.23 | |
| Mon 5/10 | | 1:20PM | US | 10:00PM | | | | 9.15 | 337.38 | |
| Tue 5/11 | | 1:20PM | US | 10:45PM | | | | 8.17 | 345.55 | |
| Wed 5/12 | | 1:20PM | US | 10:15PM | | | | 8.92 | 354.47 | |
| Thu 5/13 | | 7:46AM | US | 9:43PM | LE | | | 8.42 | 362.88 | |
| Fri 5/14 | Vacation 2 | 1:20PM | US | 10:00PM | | | | 13.45 | 376.33 | |
| | | | | | | | | 8.17 | 384.50 | |
| | | | | | | 24.00 | | | 408.50 | |

EXH: E(1)

Time Detail

| Date | Time In | | Time Out | | | | |
|------|---------|---|----------|---|---|---|---|
| Sat 5/15 | 6:48AM | US | 4:12PM | | | | |
| Sun 5/16 | 7:51AM | US | 10:00PM | LE | | 8.90 | 417.40 |
| Mon 5/17 | 1:20PM | US | 10:18PM | | | 13.65 | 431.05 |
| Tue 5/18 | 1:20PM | US | 10:18PM | | | 8.47 | 439.52 |
| Wed 5/19 | 1:20PM | US | 10:05PM | | | 8.18 | 447.70 |
| Thu 5/20 | 1:14PM | US | 10:00PM | | | 8.25 | 455.95 |
| Fri 5/21 | 12:11PM | US | 8:12PM | | | 8.27 | 464.22 |
| Sat 5/22 | 6:48AM | US | 3:36PM | | | 7.52 | 471.73 |
| Sun 5/23 | 6:47AM | US | 10:00PM | LE | | 8.30 | 480.03 |
| Mon 5/24 | 1:22PM | US | 11:00PM | | | 14.72 | 494.75 |
| Tue 5/25 | 1:20PM | US | 10:30PM | | | 9.13 | 503.88 |
| Wed 5/26 | 1:20PM | US | 10:01PM | | | 8.67 | 512.55 |
| Thu 5/27 | 1:20PM | US | 10:04PM | | | 8.18 | 520.73 |
| Fri 5/28 | | | | | | 8.23 | 528.97 |
| Sat 5/29 | | | | | | | 528.97 |
| Sun 5/30 | [Memorial Day 2nd] | | | | | | 528.97 |
| Mon 5/31 | | | | | 8.00 | | 536.97 |
| Tue 6/01 | 1:20PM | US | 10:06PM | | | 8.27 | 545.23 |
| Wed 6/02 | 1:20PM | US | 10:13PM | | | 8.38 | 553.62 |
| Thu 6/03 | 1:20PM | US | 10:28PM | | | 8.63 | 562.25 |
| Fri 6/04 | 1:20PM | US | 10:35PM | | | 8.75 | 571.00 |
| Sat 6/05 | | | | | | | 571.00 |
| Sat 6/05 | Vacation 2 | | | | | | 571.00 |
| Sun 6/06 | 6:50AM | US | 6:33PM | LE | | 11.22 | |
| Mon 6/07 | 1:20PM | US | 10:07PM | | 40.00 | | 622.22 |
| Tue 6/08 | 1:20PM | US | 10:17PM | | | 8.28 | 630.50 |
| Wed 6/09 | 1:20PM | US | 10:12PM | | | 8.45 | 638.95 |
| Thu 6/10 | 1:20PM | US | 10:25PM | | | 8.37 | 647.32 |
| Fri 6/11 | 1:20PM | US | 10:00PM | | | 8.58 | 655.90 |
| Sat 6/12 | 1:20PM | US | 10:16PM | | | 8.17 | 664.07 |
| Sun 6/13 | 1:20PM | US | 10:06PM | | | 8.43 | 672.50 |
| Mon 6/14 | 6:51AM | US | 9:30PM | LE | | 8.27 | 680.77 |
| Tue 6/15 | 1:19PM | US | 10:00PM | | | 14.15 | 694.92 |
| Wed 6/16 | 1:20PM | US | 10:10PM | | | 8.18 | 703.10 |
| Thu 6/17 | 1:20PM | US | 10:20PM | | | 8.33 | 711.43 |
| Fri 6/18 | 1:20PM | US | 10:00PM | | | 8.50 | 719.93 |
| Sat 6/19 | | | | | | 8.17 | 728.10 |
| Sun 6/20 | 6:47AM | US | 4:43PM | | | | 728.10 |
| Mon 6/21 | 1:20PM | US | 10:00PM | | | 9.43 | 737.53 |
| Tue 6/22 | 1:20PM | US | 10:02PM | | | 8.17 | 745.70 |
| Wed 6/23 | 1:20PM | US | 11:01PM | | | 8.20 | 753.90 |
| Thu 6/24 | 1:20PM | US | 10:00PM | | | 9.18 | 763.08 |
| Fri 6/25 | 9:50AM | US | 4:30PM | LE | | 8.17 | 771.25 |
| Sat 6/26 | 9:50AM | US | 4:30PM | | | 11.67 | 782.92 |
| Sun 6/27 | 6:47AM | US | 5:03PM | | | 6.17 | 789.08 |
| Mon 6/28 | 1:20PM | US | 1:21AM | LE | | 9.77 | 798.85 |
| Tue 6/29 | 1:20PM | US | 10:01PM | | | 11.52 | 810.37 |
| Wed 6/30 | 9:50AM | US | 10:00PM | LE | | 8.18 | 818.55 |
| Thu 7/01 | 9:50AM | US | 10:00PM | LE | | 11.67 | 830.22 |
| Fri 7/02 | 9:53AM | US | 10:00PM | LE | | 11.67 | 841.88 |
| Sat 7/03 | 9:50AM | US | 7:43PM | | | 11.62 | 853.50 |
| Sun 7/04 | 6:47AM | US | 6:17PM | LE | | 9.38 | 862.88 |
| Mon 7/05 | [4th of July Day 2nd] | | | | | 11.00 | 873.88 |
| Tue 7/06 | 1:20PM | US | 10:00PM | | 8.00 | | 881.88 |
| Wed 7/07 | 9:52AM | US | 10:03PM | LE | | 8.17 | 890.05 |
| Thu 7/08 | 9:52AM | US | 10:00PM | LE | | 11.68 | 901.73 |
| Fri 7/09 | 9:54AM | US | 10:00PM | LE | | 11.63 | 913.37 |
| Sat 7/10 | 10:25AM | US | 10:00PM | LE | | 11.60 | 924.97 |
| Sun 7/11 | 9:55AM | US | 10:00PM | LE | | 11.08 | 936.05 |
| Mon 7/12 | 9:49AM | US | 10:50PM | LE | | 11.58 | 947.63 |
| Tue 7/13 | 9:49AM | US | 10:00PM | LE | | 12.52 | 960.15 |
| Wed 7/14 | 9:54AM | US | 10:00PM | LE | | 11.68 | 971.83 |
| | 9:56AM | US | 10:00PM | LE | | 11.60 | 983.43 |
| | | | | | | 11.57 | 995.00 |
| | | | | | | 11.08 | 1,006.08 |

EXH: E(2)

| Day | Note | Start | | End | LE | Other | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Fri 7/16 | | 10:55AM | US | 8:05PM | | | 8.67 | 1,015.65 |
| Sat 7/17 | | 6:39AM | US | 3:45PM | | | 8.60 | 1,024.25 |
| Sun 7/18 | | 9:45AM | US | 10:00PM | LE | | 11.75 | 1,036.00 |
| Mon 7/19 | | 9:51AM | US | 10:00PM | LE | | 11.65 | 1,047.65 |
| Tue 7/20 | | 9:48AM | US | 10:00PM | LE | | 11.70 | 1,059.35 |
| Wed 7/21 | | 9:49AM | US | 10:00PM | LE | | 11.68 | 1,071.03 |
| Thu 7/22 | | 9:46AM | US | 10:00PM | LE | | 11.73 | 1,082.77 |
| Fri 7/23 | | | | | | | | 1,082.77 |
| Sat 7/24 | | 6:44AM | US | 3:43PM | | | 8.48 | 1,091.25 |
| Sun 7/25 | | 6:44AM | US | 10:01PM | LE | | 14.78 | 1,106.03 |
| Mon 7/26 | | 9:50AM | US | 10:06PM | LE | | 11.77 | 1,117.80 |
| Tue 7/27 | | 9:50AM | US | 10:00PM | LE | | 11.67 | 1,129.47 |
| Wed 7/28 | | 9:52AM | US | 10:00PM | LE | | 11.63 | 1,141.10 |
| Thu 7/29 | | 9:47AM | US | 10:00PM | LE | | 11.72 | 1,152.82 |
| Fri 7/30 | | 10:50AM | US | 8:46PM | | | 9.43 | 1,162.25 |
| Sat 7/31 | | 6:53AM | US | 4:03PM | | | 8.67 | 1,170.92 |
| Sun 8/01 | | 9:50AM | US | 10:08PM | LE | | 11.80 | 1,182.72 |
| Mon 8/02 | | 9:44AM | US | 10:00PM | LE | | 11.77 | 1,194.48 |
| Tue 8/03 | | 9:53AM | US | 10:22PM | LE | | 11.98 | 1,206.47 |
| Wed 8/04 | | 9:51AM | US | 10:31PM | LE | | 12.17 | 1,218.63 |
| Thu 8/05 | | 9:54AM | US | 10:38PM | LE | | 12.23 | 1,230.87 |
| Fri 8/06 | | 10:51AM | US | 6:09PM | | | 6.80 | 1,237.67 |
| Sat 8/07 | | 6:50AM | US | 6:21PM | LE | | 11.02 | 1,248.68 |
| Sun 8/08 | | 5:45PM | US | 6:30AM | LE | | 12.25 | 1,260.93 |
| Mon 8/09 | | 5:48PM | US | 6:30AM | LE | | 12.20 | 1,273.13 |
| Tue 8/10 | | 5:46PM | US | 6:30AM | LE | | 12.23 | 1,285.37 |
| Wed 8/11 | | 5:45PM | US | 6:30AM | LE | | 12.25 | 1,297.62 |
| Thu 8/12 | | 5:50PM | US | 6:30AM | LE | | 12.17 | 1,309.78 |
| Fri 8/13 | | 5:45PM | US | 2:52AM | | | 8.62 | 1,318.40 |
| Sat 8/14 | | 5:47PM | US | 2:22AM | | | 8.08 | 1,326.48 |
| Sun 8/15 | | 5:48PM | US | 6:30AM | LE | | 12.20 | 1,338.68 |
| Mon 8/16 | | 5:52PM | US | 6:30AM | LE | | 12.13 | 1,350.82 |
| Tue 8/17 | | 5:47PM | US | 6:30AM | LE | | 12.22 | |
| Tue 8/17 | Birthday | | | | | 8.00 | | 1,371.03 |
| Wed 8/18 | | 5:51PM | US | 6:31AM | LE | | 12.17 | 1,383.20 |
| Thu 8/19 | | 5:52PM | US | 6:40AM | LE | | 12.30 | 1,395.50 |
| Fri 8/20 | | 5:47PM | US | 5:06AM | LE | | 10.82 | 1,406.32 |
| Sat 8/21 | | 5:52PM | US | 10:27PM | | | 4.08 | 1,410.40 |
| Sun 8/22 | | 6:45PM | US | 6:30AM | LE | | 11.25 | 1,421.65 |
| Mon 8/23 | | 5:51PM | US | 6:55AM | LE | | 12.57 | 1,434.22 |
| Tue 8/24 | | 5:51PM | US | 6:31AM | LE | | 12.17 | 1,446.38 |
| Wed 8/25 | | 5:53PM | US | 6:30AM | LE | | 12.12 | 1,458.50 |
| Thu 8/26 | | 5:53PM | US | 6:30AM | LE | | 12.12 | 1,470.62 |
| Fri 8/27 | | 5:51PM | US | 1:23AM | | | 7.03 | 1,477.65 |
| Sat 8/28 | | 5:50PM | US | 6:12AM | LE | | 11.87 | 1,489.52 |
| Sun 8/29 | | 5:47PM | US | 6:30AM | LE | | 12.22 | 1,501.73 |
| Mon 8/30 | | 5:50PM | US | 6:30AM | LE | | 12.17 | 1,513.90 |
| Tue 8/31 | | 5:56PM | US | 6:30AM | LE | | 12.07 | 1,525.97 |
| Wed 9/01 | | 5:52PM | US | 6:30AM | LE | | 12.13 | 1,538.10 |
| Thu 9/02 | | 5:50PM | US | 6:36AM | LE | | 12.27 | 1,550.37 |
| Fri 9/03 | | 5:55PM | US | 4:01AM | | | 9.60 | 1,559.97 |
| Sat 9/04 | | | | | | | | 1,559.97 |
| Sun 9/05 | [Labor Day 2nd] | | | | | 8.00 | | 1,567.97 |
| Mon 9/06 | | 5:45PM | US | 6:30AM | LE | | 12.25 | 1,580.22 |
| Tue 9/07 | | 5:49PM | US | 6:30AM | LE | | 12.18 | 1,592.40 |
| Wed 9/08 | | 5:49PM | US | 6:30AM | LE | | 12.18 | 1,604.58 |
| Thu 9/09 | | 5:51PM | US | 6:30AM | LE | | 12.15 | 1,616.73 |
| Fri 9/10 | | 5:48PM | US | 6:30AM | LE | | 12.20 | 1,628.93 |
| Sat 9/11 | | 5:57PM | US | 6:30AM | LE | | 12.05 | 1,640.98 |
| Sun 9/12 | | 5:50PM | US | 6:30AM | LE | | 12.17 | 1,653.15 |
| Mon 9/13 | | 5:51PM | US | 6:30AM | LE | | 12.15 | 1,665.30 |
| Tue 9/14 | | 5:54PM | US | 6:31AM | LE | | 12.12 | 1,677.42 |
| Wed 9/15 | | 6:33PM | US | 4:51AM | | | 9.80 | 1,687.22 |

*ExH: E(3)*

| Day | Time 1 | | Time 2 | | | Rate | Balance |
|---|---|---|---|---|---|---|---|
| Fri 9/17 | 5:50PM | US | 6:32AM | LE | | 12.20 | 1,699.42 |
| Sat 9/18 | 5:51PM | US | 6:50AM | LE | | 12.48 | 1,711.90 |
| Sun 9/19 | 5:49PM | US | 6:30AM | LE | | 12.18 | 1,724.08 |
| Mon 9/20 | 5:50PM | US | 6:31AM | LE | | 12.18 | 1,736.27 |
| Tue 9/21 | 5:55PM | US | 6:30AM | LE | | 12.08 | 1,748.35 |
| Wed 9/22 | 5:51PM | US | 6:30AM | LE | | 12.15 | 1,760.50 |
| Thu 9/23 | 5:56PM | US | 6:38AM | LE | | 12.20 | 1,772.70 |
| Fri 9/24 | 5:52PM | US | 6:31AM | LE | | 12.15 | 1,784.85 |
| Sat 9/25 | 5:49PM | US | 6:31AM | LE | | 12.20 | 1,797.05 |
| Sun 9/26 | 5:48PM | US | 6:30AM | LE | | 12.20 | 1,809.25 |
| Mon 9/27 | 5:52PM | US | 6:30AM | LE | | 12.13 | 1,821.38 |
| Tue 9/28 | 5:51PM | US | 6:30AM | LE | | 12.15 | 1,833.53 |
| Wed 9/29 | 5:47PM | US | 6:30AM | LE | | 12.22 | 1,845.75 |
| Thu 9/30 | 5:43PM | US | 6:31AM | LE | | 12.30 | 1,858.05 |
| Fri 10/01 | 5:53PM | US | 6:30AM | LE | | 12.12 | 1,870.17 |
| Sat 10/02 | 5:52PM | US | 6:50AM | LE | | 12.47 | 1,882.63 |
| Sun 10/03 | 5:50PM | US | 6:30AM | LE | | 12.17 | 1,894.80 |
| Mon 10/04 | 5:54PM | US | 6:34AM | LE | | 12.17 | 1,906.97 |
| Tue 10/05 | 5:50PM | US | 6:30AM | LE | | 12.17 | 1,919.13 |
| Wed 10/06 | 5:49PM | US | 6:30AM | LE | | 12.18 | 1,931.32 |
| Thu 10/07 | 5:53PM | US | 6:40AM | LE | | 12.28 | 1,943.60 |
| Fri 10/08 | 5:59PM | US | 6:35AM | LE | | 12.10 | 1,955.70 |
| Sat 10/09 | 5:43PM | US | 6:35AM | LE | | 12.37 | 1,968.07 |
| Sun 10/10 | 5:52PM | US | 6:55AM | LE | | 12.55 | 1,980.62 |
| Mon 10/11 | 5:48PM | US | 6:30AM | LE | | 12.20 | 1,992.82 |
| Tue 10/12 | 5:55PM | US | 6:32AM | LE | | 12.12 | 2,004.93 |
| Wed 10/13 | 5:47PM | US | 6:30AM | LE | | 12.22 | 2,017.15 |
| Thu 10/14 | 5:52PM | US | 6:42AM | LE | | 12.33 | 2,029.48 |
| Fri 10/15 | 5:49PM | US | 6:34AM | LE | | 12.25 | 2,041.73 |
| Sat 10/16 | 5:55PM | US | 6:28AM | LE | | 12.05 | 2,053.78 |
| Sun 10/17 | | | | | | | 2,053.78 |
| Mon 10/18 | 5:46PM | US | 6:40AM | LE | | 12.40 | 2,066.18 |
| Tue 10/19 | 5:52PM | US | 6:30AM | LE | | 12.13 | 2,078.32 |
| Wed 10/20 | | | | | | | 2,078.32 |
| Thu 10/21 | | | | | | | 2,078.32 |
| Fri 10/22 | 5:50PM | US | 6:32AM | LE | | 12.20 | 2,090.52 |
| Sat 10/23 | 5:48PM | US | 6:34AM | LE | | 12.27 | 2,102.78 |
| Sun 10/24 | 5:49PM | US | 6:33AM | LE | | 12.23 | 2,115.02 |
| Mon 10/25 | | | | | | | 2,115.02 |
| Tue 10/26 | | | | | | | 2,115.02 |
| Wed 10/27 | 5:39PM | US | 6:32AM | LE | | 12.38 | 2,127.40 |
| Thu 10/28 | 5:54PM | US | 6:34AM | LE | | 12.17 | 2,139.57 |
| Fri 10/29 | | | | | | | 2,139.57 |
| Sat 10/30 | | | | | | | 2,139.57 |
| Sun 10/31 | 9:50PM | US | 6:33AM | | | 8.22 | 2,147.78 |
| Mon 11/01 | 9:47PM | US | 6:30AM | | | 8.22 | 2,156.00 |
| Tue 11/02 | 9:49PM | US | 6:30AM | | | 8.18 | 2,164.18 |
| Wed 11/03 | 9:47PM | US | 6:30AM | | | 8.22 | 2,172.40 |
| Thu 11/04 | 9:46PM | US | 6:32AM | | | 8.27 | 2,180.67 |
| Fri 11/05 | | | | | | | 2,180.67 |
| Sat 11/06 | | | | | | | 2,180.67 |
| Sun 11/07 | 9:52PM | US | 6:30AM | | | 8.13 | 2,188.80 |
| Mon 11/08 | 9:48PM | US | 6:30AM | | | 8.20 | 2,197.00 |
| Tue 11/09 | 9:50PM | US | 6:38AM | | | 8.30 | 2,205.30 |
| Wed 11/10 | 9:52PM | US | 6:30AM | | | 8.13 | 2,213.43 |
| Thu 11/11 | 9:51PM | US | 6:30AM | | | 8.15 | 2,221.58 |
| Fri 11/12 | 9:51PM | US | 6:34AM | | | 8.22 | 2,229.80 |
| Sat 11/13 | 9:52PM | US | 6:37AM | | | 8.25 | 2,238.05 |
| Sun 11/14 | 9:52PM | US | 6:30AM | | | 8.13 | 2,246.18 |
| Mon 11/15 | 9:53PM | US | 6:30AM | | | 8.12 | 2,254.30 |
| Tue 11/16 | 9:53PM | US | 6:37AM | | | 8.23 | 2,262.53 |
| Wed 11/17 | 9:52PM | US | 6:30AM | | | 8.13 | 2,270.67 |
| Thu 11/18 | 9:43PM | US | 6:33AM | | | 8.33 | 2,279.00 |
| Fri 11/19 | | | | | | | 2,279.00 |
| Sat 11/20 | 5:48AM | US | 2:39PM | | | 8.35 | 2,287.35 |

EXH: E(4)

| Date | Note | Time In | US | Time Out | Code | Amount | Hours | Cumulative |
|---|---|---|---|---|---|---|---|---|
| Sun 11/21 | | 9:48PM | US | 6:33AM | | | 8.25 | 2,295.60 |
| Mon 11/22 | | 9:47PM | US | 6:30AM | | | 8.22 | 2,303.82 |
| Tue 11/23 | | 9:50PM | US | 6:30AM | | | 8.17 | 2,311.98 |
| Wed 11/24 | | | | | | | | 2,311.98 |
| Thu 11/25 | [Thanksgiving Day 2nd] | | | | | 8.00 | | 2,319.98 |
| Fri 11/26 | | 5:50AM | US | 2:44PM | | | 8.40 | 2,328.38 |
| Sat 11/27 | | | | | | | | 2,328.38 |
| Sun 11/28 | | 9:49PM | US | 6:30AM | | | 8.18 | 2,336.57 |
| Mon 11/29 | | 9:51PM | US | 6:30AM | | | 8.15 | 2,344.72 |
| Tue 11/30 | | 9:52PM | US | 6:30AM | | | 8.13 | 2,352.85 |
| Wed 12/01 | | 9:53PM | US | 6:31AM | | | 8.13 | 2,360.98 |
| Thu 12/02 | | 9:51PM | US | 6:30AM | | | 8.15 | 2,369.13 |
| Fri 12/03 | | | | | | | | 2,369.13 |
| Sat 12/04 | | | | | | | | 2,369.13 |
| Sun 12/05 | | 9:52PM | US | 6:30AM | | | 8.13 | 2,377.27 |
| Mon 12/06 | | 9:54PM | US | 6:31AM | | | 8.12 | 2,385.38 |
| Tue 12/07 | | 9:47PM | US | 6:31AM | | | 8.23 | 2,393.62 |
| Wed 12/08 | | 9:48PM | US | 6:30AM | | | 8.20 | 2,401.82 |
| Thu 12/09 | | 9:52PM | US | 6:31AM | | | 8.15 | 2,409.97 |
| Fri 12/10 | | | | | | | | 2,409.97 |
| Sat 12/11 | | 6:45AM | US | 4:32PM | | | 9.28 | 2,419.25 |
| Sun 12/12 | | 6:45AM | US | 2:24PM | | | 7.15 | |
| Sun 12/12 | | 9:47PM | US | 6:30AM | | | 8.22 | 2,434.62 |
| Mon 12/13 | | 9:47PM | US | 6:31AM | | | 8.23 | 2,442.85 |
| Tue 12/14 | | 10:12PM | US | 6:34AM | | | 7.87 | 2,450.72 |
| Wed 12/15 | | 9:53PM | US | 6:38AM | | | 8.25 | 2,458.97 |
| Thu 12/16 | | 10:11PM | US | 6:56AM | | | 8.25 | 2,467.22 |
| Fri 12/17 | | | | | | | | 2,467.22 |
| Sat 12/18 | | 6:45AM | US | 4:30PM | | | 9.25 | 2,476.47 |
| Sun 12/19 | | 10:29PM | US | 6:30AM | | | 7.52 | 2,483.98 |
| Mon 12/20 | | 9:45PM | US | 6:31AM | | | 8.27 | 2,492.25 |
| Tue 12/21 | | 9:45PM | US | 6:31AM | | | 8.27 | 2,500.52 |
| Wed 12/22 | | 9:45PM | US | 6:30AM | | | 8.25 | 2,508.77 |
| Thu 12/23 | [Christmas Eve 2nd] | | | | HS | 0.00 | | |
| Thu 12/23 | Holiday | | | | | 8.00 | | 2,516.77 |
| Fri 12/24 | [Christmas Day 2nd] | | | | HS | 0.00 | | |
| Fri 12/24 | Holiday | | | | | 8.00 | | 2,524.77 |
| Sat 12/25 | | | | | | | | 2,524.77 |
| Sun 12/26 | | 9:45PM | US | 6:34AM | | | 8.32 | 2,533.08 |
| Mon 12/27 | | 9:50PM | US | 6:33AM | | | 8.22 | 2,541.30 |
| Tue 12/28 | | 9:45PM | US | 6:41AM | | | 8.43 | 2,549.73 |
| Wed 12/29 | | 9:47PM | US | 6:34AM | | | 8.28 | 2,558.02 |
| Thu 12/30 | [New Years Dec 30th] | | | | | 0.00 | | 2,558.02 |
| Fri 12/31 | | 6:46AM | US | 6:13PM | LE | | 10.95 | |
| Fri 12/31 | Holiday | | | | | 8.00 | | |
| Fri 12/31 | [New Years Day 2nd] | | | | HS | 0.00 | | 2,576.97 |
| Sat 1/01 | | | | | | | | 2,576.97 |
| Sun 1/02 | | 6:45AM | US | 12:00PM | | | 4.75 | 2,581.72 |
| Mon 1/03 | | 9:45PM | US | 6:34AM | | | 8.32 | 2,590.03 |
| Tue 1/04 | | 9:45PM | US | 6:30AM | | | 8.25 | 2,598.28 |
| Wed 1/05 | | 9:45PM | US | 6:31AM | | | 8.27 | 2,606.55 |
| Thu 1/06 | | 9:46PM | US | 6:50AM | | | 8.57 | 2,615.12 |
| Fri 1/07 | | | | | | | | 2,615.12 |
| Sat 1/08 | | 6:45AM | US | 6:01PM | LE | | 10.77 | 2,625.88 |
| Sun 1/09 | | 6:45AM | US | 12:43PM | | | 5.47 | |
| Sun 1/09 | | 9:47PM | US | 7:24AM | | | 9.12 | 2,640.47 |
| Mon 1/10 | | 9:46PM | US | 6:41AM | | | 8.42 | 2,648.88 |
| Tue 1/11 | | 9:49PM | US | 6:46AM | | | 8.45 | 2,657.33 |
| Wed 1/12 | | 9:47PM | US | 6:30AM | | | 8.22 | 2,665.55 |
| Thu 1/13 | | 9:46PM | US | 6:49AM | | | 8.55 | 2,674.10 |

EXH E(5)

| | | | | | | |
|---|---|---|---|---|---|---|
| Thu 3/10 | Vacation | | | | 8.00 | 3,106.95 |
| Fri 3/11 | 9:46PM | US 7:52AM | | | 9.60 | 3,116.55 |
| Sat 3/12 | | | | | | 3,116.55 |
| Sun 3/13 | 9:46PM | US 6:33AM | | | 8.28 | 3,124.83 |
| Mon 3/14 | 9:47PM | US 6:30AM | | | 8.22 | 3,133.05 |
| Tue 3/15 | 9:45PM | US 8:03AM | | | 9.80 | 3,142.85 |
| Wed 3/16 | 9:45PM | US 6:30AM | | | 8.25 | 3,151.10 |
| Thu 3/17 | 9:46PM | US 6:30AM | | | 8.23 | 3,159.33 |
| Fri 3/18 | 9:45PM | US 7:12AM | | | 8.95 | 3,168.28 |
| Sat 3/19 | | | | | | 3,168.28 |
| Sun 3/20 | 8:46PM | US 6:30AM | | | 9.23 | 3,177.52 |
| Mon 3/21 | 9:48PM | US 6:35AM | | | 8.28 | 3,185.80 |
| Tue 3/22 | 11:08PM | US 6:30AM | | | 6.87 | 3,192.67 |
| Wed 3/23 | 9:45PM | US 6:30AM | | | 8.25 | 3,200.92 |
| Thu 3/24 | 9:45PM | US 6:30AM | | | 8.25 | 3,209.17 |
| Fri 3/25 | 9:51PM | US 1:57PM | LE | | 15.60 | 3,224.77 |
| Sat 3/26 | | | | | | 3,224.77 |
| Sun 3/27 | 8:49PM | US 7:07AM | | | 9.80 | 3,234.57 |
| Mon 3/28 | 9:45PM | US 6:40AM | | | 8.42 | 3,242.98 |
| Tue 3/29 | 9:45PM | US 6:33AM | | | 8.30 | 3,251.28 |
| Wed 3/30 | 9:52PM | US 6:30AM | | | 8.13 | 3,259.42 |
| Thu 3/31 | 9:48PM | US 6:30AM | | | 8.20 | 3,267.62 |
| Fri 4/01 | 9:49PM | US 7:12AM | | | 8.88 | 3,276.50 |

| | | | | | |
|---|---|---|---|---|---|
| Totals | | | 16.55 | 160.00 | 3,116.50  3,276.50 |

| Pay Code | Money | Hours |
|---|---|---|
| **B&E/6000/6200/62A/2ND/6220/9999** | | |
| Regular | | 885.20 |
| Overtime | | 564.90 |
| Vacation 2 | | 64.00 |
| Holiday | | 16.00 |
| Birthday | | 8.00 |
| | | |
| **B&E/6000/6200/6VA/1ST/6220/9999** | | |
| Regular | | 16.83 |
| | | |
| **B&E/6000/6200/6VA/2ND/6220/9999** | | |
| Overtime | | 498.12 |
| Holiday | | 48.00 |
| Regular | | 1,151.45 |
| Supply Deduction | 16.55 | |
| Vacation | | 24.00 |

| Pay Code | Money | Hours | Wages |
|---|---|---|---|
| Regular | | 2,053.48 | 27,667.97 |
| Overtime | | 1,063.02 | 21,428.76 |
| Vacation 2 | | 64.00 | 854.72 |
| Holiday | | 64.00 | 859.52 |
| Birthday | | 8.00 | 107.44 |
| Supply Deduction | 16.55 | | 16.55 |
| Vacation | | 24.00 | 338.40 |
| ------ | ------ | ------ | ------ |
| **Totals** | | 16.55 3,276.50 | 51,273.36 |

| Combined Pay Code | Money | Hours | Wages |
|---|---|---|---|
| **NO DATA AVAILABLE** | | | |

*EXH:E(7) —*

AFFIDAVIT

To Whom It May Concern:

I, Marilynn Ginger Wright, was a jailer/dispatcher/E-911 dispatcher at the Barbour County Jail from May 23, 2003 until May 20, 2004.

On or April 1, 2004, I was on duty as a dispatcher on second shift (1400 hours to 2200 hours). I was on duty when Mrs. Jean Hartzog came in and drug tested the inmates that were on Work Release when they came in from work. There were two inmates that were not at the jail at the time of this drug test. The names of these inmates are Terry Lynn Purser and Charles T. Hall.

Mr. Purser came in from work on my shift and submitted his urine for testing. This urine sample was left on the dispatch counter while I was there. I·can attest to the fact that this urine sample was not labeled or dated by Mr. Purser at the time that he was sent to his cell block.

At the time that I went off duty, there was still an order from Mrs. Hartzog, for Mr. Hall to submit his urine sample when he arrived in from work on the next shift.

Thank you,

*Marilynn Ginger Wright*
Marilynn Ginger Wright

*K. Wright*
MY COMMISSION EXPIRES JUNE 29, 2008

—EXH; F.

AFFIDAVIT

I, Michael Alan Moss, was incarcerated at the Barbour County Jail from May 23, 2003 until September 23, 2004. During this time I worked with and was incarcerated with Mr. Charles T. Hall. He supposedly had a drug screen failed for Meth-Amphetamines, was taken off of work release and sent back to prison.

During my incarceration, I saw more drugs than the drug store stocks. Only one inmate, named Terry Purser, had Meth-Amphetamines. I know this to be fact, because I did a line of this drug with Mr. Purser two (2) days before Mr. Purser's escape from the Barbour County Jail.

Mr. Hall had a very good job, and still has this job upon his release. Mr. Hall just got caught up in the crooked court systems of Barbour County.

Thank you,



Michael Alan Moss
AIS #233200



MY COMMISSION EXPIRES FEBRUARY 25, 2008

— EXH: G.

32

**PAY PERIOD TIME REPORT**

| MARCH | 21 | 2004 | Through | APRIL | 20 | 2004 |
|-------|-----|------|---------|-------|-----|------|
| MONTH | DAY | YEAR | | MONTH | DAY | YEAR |

NAME *Ginger Wright*     DEPT. *Jail (Sheriff)*

| DAY/DATE | REG. | OFFICE USE | ANNUAL | SICK | HOLIDAY | OTHER | REMARKS |
|----------|------|------------|--------|------|---------|-------|---------|
| | Hours Worked | | Hours Used | | | | |
| SUN   03/21/04 | 8 | | | | | | |
| **SUBTOTAL** | 8 | | | | | | |
| MON   03/22/04 | 8 | | | | | | |
| TUE   03/23/04 | 5 | | | 3 | | | |
| WED   03/24/04 | 9.50 | | | | | | |
| THU   03/25/04 | Off | | | | | | |
| FRI   03/26/04 | Off | | | | | | |
| SAT   03/27/04 | 8 | | | | | | |
| SUN   03/28/04 | 8 | | | | | | |
| **SUBTOTAL** | 46.5 | | | | | | |
| MON   03/29/04 | 8 | | | | | | |
| TUE   03/30/04 | 8 | | | | | | |
| WED   03/31/04 | Off | | | | | | |
| THU   04/01/04 | 8 | | | | | | |
| FRI   04/02/04 | 8 | | | | | | |
| SAT   04/03/04 | 8 | | | | | | |
| SUN   04/04/04 | 8 | | | | | | |
| **SUBTOTAL** | 48 | | | | | | |
| MON   04/05/04 | Off | | | | | | |
| TUE   04/06/04 | Off | | | | | | |
| WED   04/07/04 | 8 | | | | | | |
| THU   04/08/04 | 8 | | | | | | |
| FRI   04/09/04 | 8 | | | | | | |
| SAT   04/10/04 | 8 | | | | | | |
| SUN   04/11/04 | 8 | | | | | | |
| **SUBTOTAL** | 40 | | | | | | |
| MON   04/12/04 | Off | | | | | | |
| TUE   04/13/04 | Off | | | | | | |
| WED   04/14/04 | | | 8 | | | | |
| THU   04/15/04 | | | 8 | | | | |
| FRI   04/16/04 | | | 8 | | | | |
| SAT   04/17/04 | | | 8 | | | | |
| SUN   04/18/04 | | | 8 | | | | |
| **SUBTOTAL** | | | | | | | |
| MON   04/19/04 | Off | | | | | | |
| TUE   04/20/04 | Off | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL** | 142.5 | | 40 | 3 | | | 185.5 |

I hereby certify that the foregoing is a true and correct report of my hours worked and leave used.

DATE

SIGNATURE *Ginger Wright*

APPROVED *Marshall Jackson*

| | | | |
|------|--------|------|--------|
| 128 | REG | | Holiday |
| 14.5 | OT | | Comp   EXH. H |
| 40 | Annual | | Other |
| 3 | Sick | | Total   185.5 |

**U.S. Postal Service**
**CERTIFIED MAIL₁₀ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7004 2510 0004 9349 0223

For delivery information visit our website at www.usps.com

~~OFFICIAL USE~~

| | | |
|---|---|---|
| Postage | $ | 60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 465 |

Postmark Here  CLAYTOWN  MAR 8 2005

Sent To
_Sheriff Marshall Williams JR_

Street, Apt. No.; or PO Box No.
_Barbour County Courthouse_

City, State, ZIP+4
_Clayton, AL. 36016_

PS Form 3800, June 2002            See Reverse for Instructions

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
_Sheriff, Marshall Williams_
_Barbour County Courthouse_
_Clayton, AL_
_36016_

4a. Article Number
7004 2510 0004 9349 0223

4b. Service Type
☐ Registered      ☐ Certified
☐ Express Mail    ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
_03-09-05_

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
_X_

PS Form 3811, December 1994            Domestic Return Receipt

—EXH: I

EXH: J

## 2004 W-2 and EARNINGS SUMMARY

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 9681.33 | 1203.15 |
| 3 Social security wages | 4 Social security tax withheld |
| 9681.33 | 600.24 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 9681.33 | 140.38 |
| Control Number | Dept. | Corp. | Employer use only |
| 097664 15/VCJ | 62A | A | 452 |

c Employer's name, address, and ZIP code

CHAROEN POKPHAND USA INC
4356 DONCASTER DR
ELLICOT CITY MD 21043

Batch #00709

| b Employer's FID ID number | c Employer's SEA number |
|---|---|
| 72-1547128 | 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 |
| 5 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 13a See instructions for box 13 |
| I Other | 12b |
| | 12c |
| | 13 Stat emp/Ret. plan/3rd party sick pay |

e Employee's name, address, and ZIP code

CHARLES T. HALL
P O BOX 278
CLAYTON, AL 36016

| 5 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| AL  338724 | 9681.33 |
| 7 State income tax | |
| 367.61 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

e file    Visit the IRS Web Site at www.irs.gov

3. Total income and Adjusted as Verbally to produce your W-2 Statement.

|  | Wages, Tips, Other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AL State Wages, Tips, etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 9,870.57 | 9,870.57 | 9,870.57 | 9,870.57 |
| Less Other Cafe 125 | 189.24 | 189.24 | 189.24 | 189.24 |
| Reported W-2 Wages | 9,681.33 | 9,681.33 | 9,681.33 | 9,681.33 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

CHARLES T. HALL
P O BOX 278
CLAYTON, AL 36016

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 2
STATE: $21 Yearly Exemption

© 2004 AUTOMATIC DATA PROCESSING, INC.

-- Fold and Detach Here --

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 9681.33 | 1203.15 |
| 3 Social security wages | 4 Social security tax withheld |
| 9681.33 | 600.24 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 9681.33 | 140.38 |
| Control Number | Dept. | Corp. | Employer use only |
| 097664 15/VCJ | 62A | A | 452 |

c Employer's name, address, and ZIP code

CHAROEN POKPHAND USA INC
4356 DONCASTER DR
ELLICOT CITY MD 21043

| b Employer's FID ID number | c Employer's SEA number |
|---|---|
| 72-1547128 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp/Ret. plan/3rd party sick pay |

e Employee's name, address, and ZIP code

CHARLES T. HALL
P O BOX 278
CLAYTON, AL 36016

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| AL  338724 | 9681.33 |
| 17 State income tax | |
| 367.61 | 19 Local wages, tips, etc. |
| 18 Local income tax | 20 Locality name |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 9681.33 | 1203.1 |
| 3 Social security wages | 4 Social security tax withheld |
| 9681.33 | 600.2 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 9681.33 | 140.3 |
| Control Number | Dept. | Corp. | Employer use only |
| 097664 15/VCJ | 62A | A | 452 |

c Employer's name, address, and ZIP code

CHAROEN POKPHAND USA INC
4356 DONCASTER DR
ELLICOT CITY MD 21043

| b Employer's FID ID number | c Employer's SEA number |
|---|---|
| 72-1547128 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp/Ret. plan/3rd party sick pay |

e Employee's name, address and ZIP code

CHARLES T. HALL
P O BOX 278
CLAYTON, AL 36016

| 15 State Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| AL  338724 | 9681.33 |
| 17 State income tax | |
| 367.61 | 19 Local wages, tips, etc. |
| 18 Local income tax | 20 Locality name |

2004 W-2    2004 W-2    2004