IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES T. HALL, #159264, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-527-WHA |
| | ) |
| JEAN HARTZOG, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the order entered on June 20, 2006 granting the plaintiff leave to proceed *in forma pauperis* (Court Doc. No. 3), and as such order contains erroneous information with respect to the applicable filing fees, it is

ORDERED that this order be and is hereby VACATED.

Done this 29th day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE