IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES T. HALL, #159264, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv527-WHA |
| | ) |
| JEAN HARTZOG, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), filed on June 20, 2006, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), as the Plaintiff failed to file the Complaint within the time prescribed by the applicable period of limitations.

DONE this 19th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE