IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES T. HALL, #159264, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv527-WHA |
| | ) |
| JEAN HARTZOG, et al., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is rendered in favor of the Defendants and against the Plaintiff, Charles T. Hall, and this case is DISMISSED with prejudice.

DONE this 19th day of July, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE